1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>                Defendant.<br>                                      / | CASE NO. CV F 08-0374 LJO DLB<br><br>**ORDER ON CORRECTING ADMINISTRATIVE RECORD AND ON SCOPE OF EVIDENCE** |

      This Court conducted a July 29, 2008 status conference.  Plaintiff student W.H. ("W.H.") appeared by counsel Elaine Yama, Law Offices of Bennett & Sharpe, Inc.  Defendant Clovis Unified School District ("CUSD") appeared by John Mahan, Gibeaut, Mahan & Briscoe.

      W.H. contends that the hearing transcript of the Office of Administrative Hearings is inaccurate. To address this issue, this Court ORDERS:

      1.     W.H.'s counsel, no later than August 1, 2008, to provide defense counsel compact discs of the administrative hearing and to identify portions of the transcript which W.H.'s counsel contends are incorrect;

      2.     Defense counsel, no later than August 15, 2008, to review the materials provided by W.H.'s counsel to determine whether portions of the transcript are incorrect;

      3.     W.H.'s counsel, no later than August 22, 2008, to file and serve a motion for an evidentiary hearing to address transcript inaccuracies, if the parties are unable to resolve

1

1    transcript issues;

2    4.    Defense counsel, no later than August 29, 2008, to file and serve a response to W.H.'s

3    motion for an evidentiary hearing, if necessary; and

4    5.    The parties' counsel to cooperate and engage in good faith to address the transcript

5    issues.

6    In addition, W.H. contends that this Court may consider evidence in addition to the

7    administrative record.  As such, this Court ORDERS:

8    1.    W.H., no later than September 26, 2008, to file and serve his papers, showing good

9    cause, for consideration of evidence beyond the administrative record or to indicate that

10   this Court's review is limited to the scope of the administrative record; and

11   2.    CUSD, no later than October 10, 2008, to file and serve its response to W.H.'s papers

12   for consideration of evidence beyond the administrative record, if necessary.

13   This Court SETS a hearing for November 4, 2008 at 8:15 a.m. on the issue of scope of evidence

14   beyond the administrative record.  At the hearing, this Court will set a briefing schedule for motions on

15   the merits of W.H.'s claims.

16   IT IS SO ORDERED.

17   **Dated:    July 29, 2008**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2