1  LAW OFFICES OF
   BENNETT & SHARPE, INC.
2  Barry J. Bennett 69697
   Thomas M. Sharpe 109147
3  Elaine M. Yama 182210
   2444 Main Street Suite 110
4  Fresno, CA 93721
   Telephone: (559) 485-0120
5  Facsimile: (559) 485-5823

6  Attorneys for Student, W.H.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 W.H., a minor, By and Through          CASE NO.  1:08-cv-00374-LJO-DLB

13     his parents B.H. and K.H.,          STIPULATION AND ORDER
                                           CONTINUING  HEARING AND FILING
14            Plaintiff,                   DATES

15 v.                                      DATE:  November 4, 2008
                                           TIME:  8:15 a.m.
16 CLOVIS UNIFIED SCHOOL DISTRICT,         LOCATION:  Courtroom 4
                                           JUDGE:  Hon. Lawrence J. O'Neill
17            Defendant.
                                           PROPOSED CONTINUED DATE:  November
18                                         18, 2008
                                           TIME:  8:15 a.m.
19                                         LOCATION: Courtroom 4
                                           JUDGE:  Hon. Lawrence J. O'Neill
20

21         Subject to the approval and order of this Court, it is hereby stipulated and agreed

22 by and between the parties hereto through their respective counsel that the hearing on the

23 issue of scope of evidence beyond the administrative record, previously set by this court

24 for November 4, 2008, shall be continued to November 18, 2008 at 8:15.  It is further

25 stipulated that the papers to be filed by W. H., showing good cause for consideration of

1

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES

evidence beyond the administrative record or to indicate that this Court's review is limited to the scope of the administrative record may be filed and served no later than October 10, 2008; and that CUSD's response to said to W.H.'s papers shall be filed and served no later than October 24, 2008.

Presently, CUSD has filed and served its Position Re: the Administrative Record. However, the parties stipulate that any Response by W.H. to CUSD's papers shall be filed and served no later than October 24, 2008.

Any necessary replies by the parties will be filed and served no later than November 10, 2008.

The reason for this Stipulation is that Barry J. Bennett, one of the attorneys in this office who is familiar with this matter, underwent open-heart by-pass surgery on September 5, 2008, and is expected to be in recuperation for approximately five or six weeks. Attorney Elaine M. Yama, the other attorney in this office familiar with this matter, had to leave our office on Friday, September 19, 2008, to attend to and care for her mother, who was subsequently hospitalized in connection with a serious medical condition. As of the date of this Stipulation, Ms. Yama's mother remains hospitalized.

IT IS SO STIPULATED:

DATED: September 23, 2008                 GIBEAUT, MAHAN & BRISCOE


                                          By:/s// JOHN MAHAN_____
                                             Attorneys for Defendant
                                             Fresno Unified School District

DATED: September 23, 2008                 LAW OFFICES OF
                                          BENNETT & SHARPE, INC.


                                          By:/s// THOMAS M. SHARPE
                                             Attorneys for Plaintiff
                                             W.H., a minor, by and Through his
                                             Parents B.H. and K.H.

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES

1
2
ORDER

3
4
IT IS SO ORDERED.

5   DATED:  September 23, 2008         _/s/ Lawrence J. O'Neill_____
                                       JUDGE OF THE UNITED STATES DISTRICT COURT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES