# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H., <br><br> Plaintiff, <br><br> vs. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. CV F 08-0374 LJO DLB <br><br> **ORDER TO CONTINUE HEARING DATE** |

Having considered Plaintiff's ex parte application for an extension of time to plead, and to continue the hearing thereon, and finding good cause therefore, this Court ORDERS as follows:

1. Plaintiff shall file and serve, no later than October 27, 2008, his Motion to Supplement the Administrative Record.
2. Defendant shall file and serve his opposition no later than November 10, 2008.
3. Plaintiff shall file and serve, no later than November 10, 2008, his reply, if any.
4. Any necessary sur-replies by the parties shall be filed and served no later than November 24, 2008.
5. The hearing previously ordered by this Court to be heard on November 18, 2008 shall be continued to December 2, 2008, at 8:15 a.m.

IT IS SO ORDERED.

**Dated:   October 15, 2008**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1