# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H., <br><br>           Plaintiff, <br><br>     vs. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT, <br><br>           Defendant. | CASE NO. CV F 08-0374 LJO DLB <br><br> **JUDGMENT** |

On March 14, 2008, Plaintiff W.H. ("Plaintiff") initiated this action against Defendant CLOVIS UNIFIED SCHOOL DISTRICT ("District"), asserting a violation of the Individuals with Disabilities Education Act. Plaintiff filed an amended complaint on April 2, 2008. The parties filed cross motions for summary judgment on April 27, 2009.

For the reasons described in this Court's June 8, 2009 Order on Cross-Motions for Summary Judgment, THIS COURT ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. Judgment is entered in favor of Plaintiff and against District to the extent that District failed to assess Plaintiff properly in the area of writing and failed to provide Plaintiff a free appropriate public education based on its failure to identify him as eligible for special education under the category of Other Health Impairment

2. Judgment is entered in favor of District and against Plaintiff to the extent that District assessed Student in the areas of visual-motor integration, working memory, social/emotional functioning, and behavior, and did not commit clear error to determine that Plaintiff was ineligible for special education and related services under the category

of Specific Learning Disability;

3. The parties summary judgment motions are denied in all other respects; and

4. This action shall be remanded to the Administrative Law Judge to make a further determination on appropriate remedies.

IT IS SO ORDERED.

**Dated:  June 17, 2009**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE