IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H.,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>Defendant.<br>_____/ | CASE NO. CV F 08-0374 LJO DLB<br><br>**ORDER REGARDING MOTION TO SHORTEN TIME AND REQUEST FOR ADDITIONAL BRIEFING** |

On August 29, 2009, defendant Clovis Unified School District ("District") moved *ex parte* to shorten time on the concurrently filed motion to stay this Court's Order on Cross Motions for Summary Judgment, filed June 8, 2009. District indicates that plaintiff W.H. ("Student") opposes the motion to shorten time, and the motion to stay the Judgement of this Court.

Having read and reviewed District's motion to shorten time and motion to stay, this Court:

1. SETS the following briefing schedule on the motion to shorten time:

   A) Student shall file and serve his opposition no later than Monday, **August 24, 2009** at 4:00 p.m.,

   B) District shall file and serve a reply no later than Wednesday, **August 26, 2009** at 2:30 p.m., and

1         C)    After reading and reviewing the parties' arguments, this Court will determine whether a hearing on this motion is necessary;

2. ORDERS the parties, in opposition or reply due pursuant to the schedule set forth in the preceding paragraph, to address whether this Court has jurisdiction to hear the motion to stay pursuant to, *inter alia*, Fed. R. Civ. P. 62 and Fed. R. App. P. 8, and specifically Fed. R. App. P. 8(2)(a)(i).

IT IS SO ORDERED.

Dated:   **August 19, 2009**                   **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE