IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H., <br><br>Plaintiff, <br><br>vs. <br><br>CLOVIS UNIFIED SCHOOL DISTRICT, <br><br>Defendant. <br>_____ / | CASE NO. CV F 08-0374 LJO DLB <br><br>**ORDER ON PETITION FOR MINOR'S COMPROMISE** (Doc. 99) |

On March 14, 2008, Plaintiff W.H. ("Plaintiff"), a minor by and through his parents B.H. and K.H, initiated this action against Defendant CLOVIS UNIFIED SCHOOL DISTRICT ("Defendant District"), asserting a violation of the Individuals with Disabilities Education Act ("IDEA"). The parties filed cross motions for summary judgment on April 27, 2009. On June 8, 2009, this Court issued an Order on the Cross-Motions for Summary Judgment, and on June 17, 2009, entered a Judgment granting summary judgment in part to the District and in part to Plaintiff, and remanding the matter to the Office of Administrative Hearings for a determination of appropriate remedies.

On July 8, 2009, Defendant District appealed this Court's June 8, 2009 Order. On October 30, 2009, the parties participated in mediation in accordance with the Ninth Circuit mediation program. On November 18, 2009, the parties executed an Agreement resolving ongoing and pending litigation, including this Court's Remand Order. On December 4, 2009, pursuant to stipulation of the parties, the

United State Court of Appeal, Ninth Circuit dismissed Defendant's appeal without prejudice to its reinstatement in the event that this Court denies the motion to approve the parties' settlement through a minor's compromise, which includes settlement of the appeal.

On December 7, 2009, Plaintiff, W.H., a minor, By and Through his parents, B.H. and K.H. filed a Motion for Approval of Minor's Compromise, asserting that all parties entered into an agreement resolving years of ongoing and pending litigation, including this Court's Remand Order. Moreover, the parties agreed that the terms of the agreement fairly resolve all of the issues outstanding between them. The Motion was filed without opposition from Defendant District. The agreement was filed as an attachment to declarations filed in conjunction with the motion for minor's compromise.

After considering the pleadings, supporting declarations, the agreement, and Local Rule 202, this Court finds the terms of the agreement to be fair. Accordingly, this Court:

1. GRANTS Plaintiff's Motion for Minor's Compromise. All disbursements on behalf of W.H. will be made to the parents of W.H., in accordance with the terms of the Agreement;

2. VACATES the January 29, 2010 hearing on this motion, pursuant to Local Rule 230(g); and

3. ORDERS the parties, **no later than December 23, 2009**, to file dispositive papers in this action to resolve pending motions and the order of this Court, pursuant to the terms of the agreement.

IT IS SO ORDERED.

**Dated:    December 9, 2009**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE