IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, By and Through his parents B.H. and K.H.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 08-0374 LJO DLB<br><br>**ORDER TO WITHDRAW REMAND** |

　　　　On March 14, 2008, Plaintiff W.H. ("Plaintiff"), a minor by and through his parents B.H. and K.H, initiated this action against Defendant CLOVIS UNIFIED SCHOOL DISTRICT ("Defendant District"), asserting a violation of the Individuals with Disabilities Education Act ("IDEA"). The parties filed cross motions for summary judgment on April 27, 2009. On June 8, 2009, this Court issued an Order on the Cross-Motions for Summary Judgment, and on June 17, 2009, entered a Judgment granting summary judgment in part to the District and in part to Plaintiff, and remanding the matter to the Office of Administrative Hearings for a determination of appropriate remedies.

　　　　On July 8, 2009, Defendant District appealed this Court's June 8, 2009 Order. On October 30, 2009, the parties participated in mediation in accordance with the Ninth Circuit mediation program. On November 18, 2009, the parties executed an Agreement resolving ongoing and pending litigation, including this Court's Remand Order. On December 4, 2009, pursuant to stipulation of the parties, the

1 United State Court of Appeal, Ninth Circuit dismissed Defendant's appeal without prejudice to its
2 reinstatement in the event that this Court denies the motion to approve the parties' settlement through
3 a minor's compromise, which includes settlement of the appeal.

4      On December 7, 2009, Plaintiff filed a Motion for Approval of Minor's Compromise, asserting
5 that all parties entered into an agreement resolving years of ongoing and pending litigation, including
6 this Court's Remand Order.  This Court granted Plaintiff's motion for approval of minor's compromise
7 on December 10, 2009.  On December 17, 2009, this Court granted Plaintiff's request to withdraw his
8 motion for attorneys' fees.

9      The parties filed a joint request to withdraw the mandate of this Court remanding the action to
10 the administrative law judge for determination of remedies pursuant to this Court's June 8, 2009 Order
11 on Cross-Motions for Summary Judgment.  Having considered the parties' stipulation and the court's
12 record, this Court:

13     1.    GRANTS the parties' request (Doc. 106); and
14     2.    WITHDRAWS the portion of the June 17, 2009 Judgment in this action that remanded
15           this case to the Office of Administrative Hearings for further determination of
16           appropriate remedies.

17 IT IS SO ORDERED.

18 **Dated:   December 21, 2009**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE